UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60412-CIV-LENARD/DUBÉ

**MARIE JUDITH SAM-LAURENT**,

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 16) AND GRANTING DEFENDANT'S MOTION TO DISMISS (D.E. 12)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Robert L. Dubé ("Report," D.E. 16), issued on July 7, 2010, recommending that this case be dismissed due to plaintiff's failure to file a complaint in this Court within sixty (60) days of the final decision of the Commissioner of Social Security.  Therein the parties were give fourteen (14) days to file objections.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 16), issued on July 7, 2010, is **ADOPTED**.

2. Defendant Motion to Dismiss (D.E. 12), filed on June 14, 2010, is

   **GRANTED**.

3. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July, 2010.

                                            **JOAN A. LENARD**
                                            **UNITED STATES DISTRICT JUDGE**